# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Elrod, Jennifer W. | Fifth Circuit Court of Appeals | 05/14/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Court of Appeals, Active Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

515 Rusk Avenue, 12th Floor
Houston, TX 77002-2603

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Regents Member | Baylor University |
| 2. | Board Member | Garland R. Walker American Inn of Court |
| 3. | Board Member | Federal Judges Association |
| 4. | Advisory Board Member | Baylor University Center for Christian Music Studies |
| 5. | Emeritus Board Member (non-voting) | Texas Center for Legal Ethics |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2017 | Employee Retirement System of Texas (since 2002), no control - not vested |
| 2. | 2017 | Texas County and District Retirement System (since 2002), no control - not vested |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Software Consultant (Self-Employed) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Federalist Society | 1/26/2016 | Austin, TX | Speaking to UT law students | Travel, Lodging, and Meals |
| 2. | University of California, Irvine | 02/01-02/02/2016 | Newport Beach, CA | Judging UCI Moot Court | Travel, Lodging, and Meals |
| 3. | Texas Tech Law School | 02/08/2016 | Lubbock, TX | Speaking to law students | Travel and Meals |
| 4. | Baylor University | 02/10-02/12/2016 | Waco, TX | Board Meeting | Lodging and Meals |
| 5. | Baylor University | 04/28-04/29/2016 | Waco, TX | Speaking to students | Lodging and Meals |
| 6. | Baylor University | 05/11-05/13/2016 | Waco, TX | Board Meeting | Lodging and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 05/14/2017 |

| | | | | |
|---|---|---|---|---|
| 7. | Federal Judges Assn. | 05/17-05/18/2016 | Washington, DC | Board Meeting | Travel, Lodging, and Meals |
| 8. | State Bar of Texas | 06/15-06/16/2016 | Fort Worth, TX | Presentation at Annual Meeting | Travel, Lodging and Meals |
| 9. | UT School of Law | 07/14/2016 | Galveston, TX | Speaking at Bankruptcy Bench Bar | Lodging and Meals |
| 10. | State Bar of Texas | 09/08-09/09/2016 | Austin, TX | Speaking at Advanced Civil Appellate Practice Seminar | Lodging and Meals |
| 11. | Baylor University | 10/12-10/14/2016 | Waco, TX | Board Meeting and interview with Pre-Law Society | Lodging and Meals |
| 12. | Yale Law School | 11/16-11/17/2016 | New Haven, CT | Judging Moot Court and Speaking to law students | Travel, Lodging, and Meals |
| 13. | The Federalist Society | 11/18/2016 | Washington, DC | Moderating debate | Travel, Lodging, and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 05/14/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit card | K |
| 2. | Chase Bank | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 05/14/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alley Bank CD | A | Interest | K | T | | | | | |
| 2. Capital Bank CD | A | Interest | | | Matured | 07/18/16 | K | | |
| 3. Goldman Sachs Bk CD | A | Interest | K | T | | | | | |
| 4. Charles Schwab US REIT ETF | A | Dividend | J | T | | | | | |
| 5. Fidelity Balanced Fund | A | Dividend | | | Sold | 07/12/16 | L | E | |
| 6. Fidelity GNMA Fund | A | Dividend | J | T | | | | | |
| 7. Fidelity Government Income | A | Dividend | | | Sold | 07/12/16 | K | D | |
| 8. Fidelity Growth & Income Fund | A | Dividend | | | Sold | 07/12/16 | K | E | |
| 9. Fidelity Inflat-Prod Bond Index | A | Dividend | K | T | Buy | 07/12/16 | K | | |
| 10. | | | | | Sold (part) | 11/28/16 | J | | |
| 11. Fidelity Real Estate Investment | A | Dividend | | | Sold | 07/12/16 | K | E | |
| 12. Fidelity Short Term Bond | A | Dividend | | | Sold | 08/08/16 | J | C | |
| 13. Fidelity Total Bond Fund | A | Dividend | J | T | | | | | |
| 14. Fidelity Total Market Index Fund | C | Dividend | M | T | Buy | 07/12/16 | L | | |
| 15. | | | | | Buy (add'l) | 08/08/16 | K | | |
| 16. | | | | | Sold (part) | 11/28/16 | J | A | |
| 17. Fidelity US Bond Index Fund | A | Dividend | K | T | Buy | 07/12/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 05/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 19. | | | | | Sold (part) | 11/28/16 | J | A | |
| 20. IShares Core S&P Total US Stock | A | Dividend | K | T | | | | | |
| 21. IShares Core Total US Bond ETF | B | Dividend | L | T | | | | | |
| 22. IShares Gold ETF | | None | J | T | | | | | |
| 23. IShares High Yield Corp Bond ETF | A | Dividend | K | T | | | | | |
| 24. IShares Trust MSCI Total Intl Stk | D | Dividend | M | T | | | | | |
| 25. Janus Fund Class T | | None | | | Sold | 07/12/16 | K | E | |
| 26. Landus International Marketmasters Fund | A | Dividend | L | T | Sold (part) | 03/17/16 | J | | |
| 27. | | | | | Sold (part) | 05/03/16 | J | | |
| 28. | | | | | Sold (part) | 07/18/16 | J | | |
| 29. Fidelity Merger Fund | | None | | | Sold | 08/08/16 | J | D | |
| 30. Perkins Mid Cap Value Fund | C | Dividend | K | T | Sold (part) | 11/28/16 | J | B | |
| 31. Pimco Short Term Admin SHS | A | Dividend | J | T | | | | | |
| 32. Pimco Total Return Admin SHS | A | Dividend | | | Sold | 08/08/16 | J | D | |
| 33. SCH US AGG Bond ETF | B | Dividend | L | T | | | | | |
| 34. Schwab Emerging Markets Equity ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Schwab Funda EMG MKTS Large ETF | A | Dividend | J | T | Sold (part) | 08/19/16 | J | A | |
| 36. Schwab Fundamental INL Large Company ETF | A | Dividend | K | T | | | | | |
| 37. Schwab Fundamental Intl Smal Co ETF | A | Dividend | J | T | | | | | |
| 38. Schwab Fundamental US Large Co ETF | A | Dividend | K | T | | | | | |
| 39. Schwab Fundamental US Small Co ETF | A | Dividend | K | T | | | | | |
| 40. Schwab International Equity ETF | A | Distribution | J | T | Buy (add'l) | 12/27/16 | J | | |
| 41. Schwab International Smallcap Eqty ETF | A | Dividend | J | T | | | | | |
| 42. Schwab Small Cap Index Fund | C | Distribution | M | T | Buy (add'l) | 12/19/16 | J | | |
| 43. Schwab Total Stk Market | D | Distribution | N | T | Sold (part) | 01/14/16 | K | A | |
| 44. | | | | | Sold (part) | 05/03/16 | K | B | |
| 45. | | | | | Sold (part) | 06/13/16 | K | B | |
| 46. | | | | | Sold (part) | 07/08/16 | K | C | |
| 47. | | | | | Sold (part) | 09/22/16 | J | D | |
| 48. Schwab US Large Cap ETF | A | Dividend | K | T | Buy (add'l) | 08/09/16 | J | | |
| 49. Schwab US Small Cap ETF | A | Dividend | J | T | Buy (add'l) | 06/24/16 | J | | |
| 50. Templeton Global Bond | A | Dividend | J | T | | | | | |
| 51. Van Eck Market Vec Localcur Bnd | A | Dividend | K | T | Buy (add'l) | 12/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 05/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Glbl Ex US Real Estate | A | Dividend | J | T | | | | | |
| 53. Vanguard Lifestrategy Growth | C | Dividend | M | T | | | | | |
| 54. Vanguard College Savings Iowa 529 Age - based Savings Track A | A | Dividend | K | T | Sold (part) | 01/04/16 | J | A | |
| 55. Texas County and District Retirement System | A | Interest | J | T | | | | | |
| 56. Employee Retirement System of Texas | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 05/14/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

n/a

| Name of Person Reporting | Date of Report |
|---|---|
| Elrod, Jennifer W. | 05/14/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jennifer W. Elrod**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544